UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>          Plaintiff,<br><br>     v.<br><br>F. ORR, et al.,<br><br>          Defendants. | No.  2:19-cv-01289-KJM-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending before the court is defendants' request for clarification following the November 30, 2020 order for this case to be related with Muhammad v. Amaral, Case No. 2:20-cv-00069-KJM-CKD.  ECF No. 30.  In light of the Findings and Recommendations in Case No. 2:20-cv-00069, which are being issued simultaneously with this order, the court will construe the request for clarification as a motion.  So construed, the motion will be denied as moot in light of this court's recommendation to dismiss Case No. 2:20-cv-00069 as duplicative of the present action.  The present civil action remains stayed pending the March 4, 2021 scheduled settlement conference.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that defendants' request for clarification (ECF
2    No. 32), construed as a motion, is denied as moot.
3    Dated:  December 21, 2020

         _____
         CAROLYN K. DELANEY
         UNITED STATES MAGISTRATE JUDGE

12/muha1289.clarify.docx