UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANSAR EL MUHAMMAD,

    Plaintiff,

  v.

F. ORR, et al.,

    Defendants.

No. 2:19-cv-1289 KJM CKD P

ORDER

    Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion for summary judgment as well as a response to defendants' answer. ECF Nos. 41, 42. However, the only pending motion necessitating a response from plaintiff is the pending motion for summary judgment.

    Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time to oppose defendants' motion for summary judgment (ECF No. 41) is granted.

    2. Plaintiff's motion for an extension of time to respond to defendants' answer (ECF No. 42) is denied as unnecessary.

/////

/////

/////

3. Plaintiff is granted thirty days from the date of this order in which to file a response limited to defendants' motion for summary judgment.

Dated:  April 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/muha1289.36