1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ANSAR EL MUHAMMAD,                          No.  2:19-cv-1289 KJM CKD P

12                     Plaintiff,

13         v.                                      ORDER

14     F. ORR, et al.,

15                     Defendants.

16

17          Plaintiff has filed a request which the court construes as a motion seeking a second

18   extension of time to file an opposition to defendants' motion for summary judgment.  So

19   construed, and for good cause appearing, the motion will be granted.

20          IT IS HEREBY ORDERED that:

21          1.  Plaintiff's request received on May 7, 2021 is construed as a second motion for an

22   extension of time.  So construed, the motion (ECF No. 46) is granted.

23          2.  Plaintiff is granted thirty days from the date of this order in which to file an opposition

24   to the motion for summary judgment.  No further extensions of time will be granted.

25
     Dated:  May 12, 2021
26                                              _____

27                                              CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE
28   12/muha1289.36sec