UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>        Plaintiff,<br><br>    v.<br><br>F. ORR, et al.,<br><br>        Defendants. | No. 2:19-cv-01289 DJC CKD P<br><br>ORDER |

      Plaintiff filed a motion for extension of time to file a response to defendants' motion for summary judgment dated August 15, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for an extension of time (ECF No. 82) is granted.

      2. Plaintiff is granted thirty days from the date of this order in which to file a response to the motion for summary judgment.

      3. No further extensions of time will be granted.

Dated: January 11, 2024

                                                        CAROLYN K. DELANEY<br>
                                                        UNITED STATES MAGISTRATE JUDGE

12/muha1289.36